THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lamont Johnson Appellant.
 
 
 

Appeal From Aiken County
Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2007-UP-488
Submitted October 1, 2007  Filed October 15, 2007

APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, Office of the Attorney General, of Columbia; and Solicitor Barbara R.
 Morgan, of Aiken, for Respondent.
 
 
 

PER
 CURIAM:  Lamont Johnson appeals his plea of guilty but mentally
 ill and sentence of twenty-five years imprisonment for voluntary manslaughter, arguing
 the trial court failed to comply with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969), in accepting his plea. After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Johnsons appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and CURETON, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.